[Nos. 34332-1-II; 35299-1-II. Division Two. September 25, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. NICHOLAS DAVID BAXLEY, *Appellant*.

Appeals from a judgment of the Superior Court for Clallam County, No. 05-1-00162-2, George L. Wood, J., entered January 20, 2006. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Hunt and Quinn-Brintnall, JJ.

[No. 34570-6-II. Division Two. September 25, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. MANUEL ORTIZ-SANTIAGO, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 05-1-00938-9, Stephen M. Warning, J., entered November 2, 2005. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Houghton, C.J., and Quinn-Brintnall, J.

[No. 35319-9-II. Division Two. September 25, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JUSTAN DAVID COLA, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-02629-4, Serjio Armijo, J., entered August 3, 2006. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong and Quinn-Brintnall, JJ.

[No. 35350-4-II. Division Two. September 25, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. SHAJUANDA SIMONE TATE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-02151-9, Waldo F. Stone, J. Pro Tem., entered September 8, 2006. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Hunt, J., concurred in by Armstrong and Quinn-Brintnall, JJ.